**HUMPHREY & RIST, LLP**
Christina A. Humphrey, Esq. (SBN 226326)
Thomas A. Rist, Esq. (SBN 238090)
351 Paseo Nuevo, 2nd Floor
Santa Barbara, California 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
christina@humphreyrist.com
tom@humphreyrist.com

**TOWER LEGAL GROUP**
James A. Clark (SBN 278372)
james.clark@towerlegalgroup.com
Renee N. Parras (SBN 283441)
Renee.parras@towerlegalgroup.com
1510 J St., Suite 125
Placer, CA 95814
Telephone: (916) 361-6009
Facsimile: (916) 361-6019
Attorneys for Plaintiffs
JAMES ROWLAND et al.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Jack S. Sholkoff (SBN 145097)
jack.sholkoff@ogletreedeakins.com
Alexander M. Chemers (SBN 263726)
alexander.chemers@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045
Attorneys for Defendants
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC and
CARMAX AUTO SUPERSTORES WEST COAST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---

1

Stipulation and [Proposed] Order To Continue Hearing on Motion to Compel Arbitration

| | |
|---|---|
| JAMES ROWLAND on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a limited liability company; CARMAX AUTO SUPERSTORES WEST COAST, INC., a corporation, and DOES 1-100, inclusive,<br><br>     Defendants. | Case No.:  2:16-cv-02135-~~VGC~~ VC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION |

   IT IS HEREBY STIPULATED by and between the parties, Plaintiff JAMES ROWLAND ("Plaintiff") and Defendants CARMAX AUTO SUPERSTORES CALIFORNIA, LLC and CARMAX AUTO SUPERSTORES WEST COAST, INC. (together, "Defendants") (collectively, "the Parties"), by and through their respective attorneys of record, as follows:

1. Defendants' Motion to Compel Arbitration (the "Motion") is presently set for hearing on November 17, 2016;

2. Due to the unavailability of Plaintiff's counsel on the noticed date, the Parties have agreed to continue the hearing on the Motion to a later date that is mutually agreeable to the Parties and convenient for the Court;

3. Whereas, this matter was recently reassigned from the Honorable Morrison C. England, Jr. to the Honorable Vince G. Chhabria, which also necessitates changing the location and hearing time for the Motion;

4. Therefore, the Parties respectfully request that Defendants' Motion to Compel Arbitration, currently set for hearing on November 17, 2016, at 2:00 p.m., Courtroom 7, 14th Floor, is continued to December 15, 2016, at 10:00 a.m., in San Francisco Courthouse, Courtroom 4 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Plaintiff's opposing papers will be due not less than 14 calendar days prior to the date of the continued hearing of

December 15, 2016, and Defendants' reply papers will be due not less than 7 calendar days prior to the date of the continued hearing; and

5. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable.  However, counsel request that the current proposed dates in this matter be continued to a time that is at least after December 15, 2016.

Dated: October 25, 2015                     Tower Legal Group, P.C.

By: /s/James A. Clark

James A. Clark, Esq.
Christina A. Humprey, Esq.

Attorney for Plaintiff ROWLAND

Dated: October 25, 2015                     Ogletree, Deakins, Nash, Smoak
                                             & Stewart, P.C

By: /s/ Alexander M. Chemers

Alexander M. Chemers, Esq.
Jack Scholkoff, Esq.

Attorney for Defendants CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, CARMAX AUTO SUPERSTORES WEST COAST, INC

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the hearing on Defendants CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, and CARMAX AUTO SUPERSTORES WEST COAST, INC.'s Motion to Compel Arbitration from November 17, 2016 at 2:00 p.m., to December 15, 2016, at 10:00 a.m. in San Francisco Courthouse, Courtroom 4 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102., with Plaintiff's opposing papers to be filed and served not less than 14 calendar days prior to the continued hearing date, and with Defendants' reply papers to be filed and served not less than 7 calendar days prior to the continued hearing date..

**IT IS SO ORDERED**.

Dated: October 27, 2016



_____
UNITED STATES DISTRICT JUDGE