1   JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
2   ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
4   Los Angeles, CA 90071
Telephone:    213.239.9800
5   Facsimile:    213.239.9045

6   Attorneys for Defendants
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC and
7   CARMAX AUTO SUPERSTORES WEST COAST, INC.

8   **UNITED STATES DISTRICT COURT**

9   **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ROWLAND on behalf of himself and all others similarly situated, | Case No. 2:16-cv-02135-VGC |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a limited liability company; CARMAX AUTO SUPERSTORES WEST COAST, INC., a corporation, and DOES 1-100, inclusive, | Complaint Filed:    September 7, 2016<br>Trial Date:           None<br>District Judge:     Hon. Vince G. Chhabria<br>                          Courtroom 4, 17th Floor<br>                          San Francisco |
| Defendants. | |

Plaintiff James Rowland ("Plaintiff") and defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. (together, "CarMax") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on November 22, 2016, the Court issued a minute order setting a Telephonic Initial Case Management Conference for December 6, 2016 at 2:30 p.m. [Dkt No. 12];

WHEREAS, CarMax's Motion to Compel Arbitration is presently set for hearing before this Court on December 15, 2016, at 2:00 p.m.;

WHEREAS, Plaintiff and CarMax agree and respectfully request that the Initial Case Management Conference be continued to December 15, 2016, so that it can be conducted at the same time as the hearing on CarMax's Motion to Compel Arbitration;

WHEREAS, the brief continuance of the Initial Case Management Conference will be advantageous for several reasons, including minimizing the number of court appearances and allowing counsel to appear personally for both of the items that are now on calendar.  Due to the impending Thanksgiving holiday, the Parties would also benefit from additional time to meet-and-confer and to prepare a joint statement prior to the Initial Case Management Conference.

THEREFORE, Plaintiff and CarMax stipulate and request that the Initial Case Management Conference be continued from December 6, 2016 at 2:30 p.m., to December 15, 2016 at 2:00 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1                                                      Case No. 2:16-cv-02135-VGC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

The Parties further stipulate that they will submit a joint Case Management Statement on or before December 8, 2016.

DATED: November 22, 2016                    OGLETREE, DEAKINS, NASH, SMOAK &
                                            STEWART, P.C.


                                            By:  /s/ Alexander M. Chemers
                                                 Jack S. Sholkoff
                                                 Alexander M. Chemers

                                            Attorneys for Defendants
                                            CARMAX AUTO SUPERSTORES
                                            CALIFORNIA, LLC and CARMAX AUTO
                                            SUPERSTORES WEST COAST, INC.


DATED: November 22, 2016                    HUMPHREY & RIST, LLP


                                            By:  /s/ Christina A. Humphrey
                                                 Christina A. Humphrey

                                            Attorneys for Plaintiff
                                            JAMES ROWLAND

## ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the Initial Case Management Conference previously scheduled for December 6, 2016 at 2:30 p.m. is hereby continued to December 15, 2016 at 2:00 p.m.  The Court FURTHER ORDERS the Parties to file a joint Case Management Statement on or before December 8, 2016.

IT IS SO ORDERED

Dated:  November 23, 2016

_____
Hon. Vince G. Chhabria
United States District Judge

Case No. 2:16-cv-02135-VGC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

27493716_1.docx