UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROWLAND on behalf of himself and all others similarly situated,<br><br>               Plaintiffs,<br>   v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a limited liability company; CARMAX AUTO SUPERSTORES WEST COAST, INC., a corporation, and DOES 1-100, inclusive,<br><br>               Defendants. | Case No.  16-cv-02135-VC<br><br>**ORDER RE MOTION TO COMPEL HEARING**<br><br>Re: Dkt. No. 6 |

The parties are ordered to file supplemental briefs by Monday, January 16 at 5:00 PM, addressing the following questions:

1.   Whether the plaintiff has adequately alleged CAFA's minimal diversity and amount-in-controversy requirements to establish subject-matter jurisdiction.

2.   Whether the DRA/DRRP's provisions regarding an employee's right to seek relief from the NLRB or EEOC grant employees any right to which they are not otherwise entitled under law.  *See EEOC v. Waffle House, Inc.*, 534 U.S. 279, 291-92 (2002); *NLRB v. Strong*, 393 U.S. 357, 360-62 (1969); *see also EEOC v. Frank's Nursery & Crafts, Inc.*, 177 F.3d 448, 456 (6th Cir. 1999); *EEOC v. Goodyear Aerospace Corp.*, 813 F.2d 1539, 1542-43 (9th Cir. 1987).

3.   The effect, if any, on the enforceability of the rest of the agreement if the class action waiver clause of the DRA is unenforceable.

**IT IS SO ORDERED.**

Dated:  1/12/2017

                                                     VINCE CHHABRIA
                                                     United States District Judge