JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:     213.239.9045

Attorneys for Defendants
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC and
CARMAX AUTO SUPERSTORES WEST COAST, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROWLAND on behalf of himself and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a limited liability company; CARMAX AUTO SUPERSTORES WEST COAST, INC., a corporation, and DOES 1-100, inclusive,<br><br>           Defendants. | Case No. 2:16-cv-02135-VGC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE**<br><br><br>Complaint Filed:   September 7, 2016<br>Trial Date:             None<br>District Judge:      Hon. Vince G. Chhabria<br>                              Courtroom 4, 17th Floor<br>                              San Francisco |

Plaintiff James Rowland ("Plaintiff") and defendants CarMax Auto Superstores California, LLC and CarMax Auto Superstores West Coast, Inc. (together, "CarMax") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, on October 11, 2016, CarMax filed a Motion to Compel Arbitration [Dkt No. 6];

WHEREAS, on January 18, 2017, the Court entered an Order Denying Motion to Compel Without Prejudice (the "Order") [Dkt No. 25];

WHEREAS, in the Order, the Court dismissed the Complaint without prejudice so that Plaintiff could filed an amended complaint which adequately alleged jurisdiction under the Class Action Fairness Act;

WHEREAS, in the Order, the Court also indicated its "tentative view that if an amended complaint were filed, the case would need to be stayed pending the Supreme Court's decision in *Ernst & Young LLP v. Morris*. United States Supreme Court Docket No. 16-300. Accordingly, if the plaintiff files an amended complaint, the Court will entertain a motion to stay the case."

WHEREAS, on February 1, 2017, Plaintiff filed a First Amended Class Action Complaint;

WHEREAS, in an effort to avoid motion practice, the Parties have met and conferred and agree with the Court's tentative view that this matter should be stayed pending the Supreme Court's decision in the *Morris* case and related appeals. (United States Supreme Court Docket No. 16-300).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THEREFORE, Plaintiff and CarMax stipulate and request that this matter be stayed in light of the Supreme Court's anticipated decision in *Morris*. The Parties further stipulate that, within twenty-one (21) days of the Supreme Court issuing its decision in *Morris*, the Parties will notify the Court of the decision by the Supreme Court.

DATED: February 7, 2017                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Alexander M. Chemers
    Jack S. Sholkoff
    Alexander M. Chemers

Attorneys for Defendants
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC and CARMAX AUTO SUPERSTORES WEST COAST, INC.


DATED: February 7, 2017                    HUMPHREY & RIST, LLP


By: /s/ Christina A. Humphrey
    Christina A. Humphrey

Attorneys for Plaintiff
JAMES ROWLAND

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that this matter be stayed for all purposes in light of the Supreme Court's anticipated decision in the *Morris* case, United States Supreme Court Docket No. 16-300.  The Court FURTHER ORDERS the Parties to inform the Court of the Supreme Court's decision in *Morris* within twenty-one (21) days of the Supreme Court issuing its decision in *Morris*.

IT IS SO ORDERED

Dated: February 8, 2017

_____
Hon. Vince G. Chhabria
United States District Judge