# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROWLAND,<br><br>       Plaintiff,<br><br>    v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, et al.,<br><br>       Defendants. | Case No. 16-cv-02135-VC<br><br>**ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT**<br><br>Re: Dkt. No. 31 |

Pursuant to the parties' request, a further joint status report is due on or before June 25, 2018.

**IT IS SO ORDERED.**

Dated: June 12, 2018

VINCE CHHABRIA
United States District Judge