UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ROWLAND,<br>        Plaintiff,<br>    v.<br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, et al.,<br>        Defendants. | Case No. 16-cv-02135-VC<br><br>**ORDER RE STATUS REPORT AND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 33 |

As proposed in their most recent status report, the parties shall alert the Court whether they will be proceeding with mediation by July 11, 2018. Should the parties decide to proceed with the motion to compel arbitration, their proposed briefing schedule is adopted. The plaintiff's supplemental brief will be due August 17, 2018, and CarMax's response will be due September 3, 2018, with briefs not to exceed ten pages.

**IT IS SO ORDERED.**

Dated: June 29, 2018

_____

VINCE CHHABRIA
United States District Judge